UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTUMN LARBI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:24-cv-2868-x |
| UPLIFT EDUCATION and RAQUEL GALVAN, | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant UpLift Education's motion for judgment on the pleadings. (Doc. 20).[1] For the reasons stated in the briefing and the Court's previous order (Doc. 18), the Court **GRANTS** the motion for judgment on the pleadings and **DISMISSES WITHOUT PREJUDICE** Larbi's claims. Additionally, Larbi failed to amend her complaint when the Court granted leave as to Raquel Galvan's motion to dismiss. The Court **GRANTS** leave for Larbi to file an amended complaint as to all defendants by no later than February 12, 2026. Should Larbi fail to file an amended complaint the Court will dismiss this case with prejudice.

**IT IS SO ORDERED** this 15th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Autum Larbi did not file a response.

1